IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUNNY V. NGUYEN,   )   No. C 08-3547 SBA (PR)
          Petitioner,   )
                      )   **JUDGMENT**
  v.   )
                      )
ROBERT A. HOREL, Warden,   )
                      )
          Respondent.   )
                      )

     For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.

     IT IS SO ORDERED.

DATED: 9/1/10

                                                SAUNDRA BROWN ARMSTRONG
                                                United States District Judge

P:\PRO-SE\SBA\HC.08\Nguyen3457.jud.wpd

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SUNNY,

        Plaintiff,

v.

NGUYEN-V-ROBERT A. HOREL et al,

        Defendant.

Case Number: CV08-03457 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sunny V. Nguyen F-51639
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: September 2, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk